AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:00-CR-423 |
| Robert Edward Anderson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States                                                                                              .

Date:      11/19/2019                                              /s/ Philip Alito
                                                                          *Attorney's signature*

                                                      Philip Alito, Assistant United States Attorney
                                                                 *Printed name and bar number*

                                                              U.S. Attorney's Office
                                                              2100 Jamieson Avenue
                                                              Alexandria, VA 22314

                                                                          *Address*

                                                              philip.alito@usdoj.gov
                                                                       *E-mail address*

                                                                 (703) 299-3806
                                                                  *Telephone number*

                                                                     *FAX number*